| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| ROLON MARRERO,<br>                              Plaintiff,<br>-against-<br>COMMISSIONER OF SOCIAL SECURITY,<br>                              Defendant. | 24-CV-1624 (JLR)(JW)<br><br>**ORDER TO STRIKE** |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

This Court's social security scheduling order filed at Dkt. No. 12 directs the counsel for the Commissioner to file the certified record after taking steps to attempt to settle the case. For this reason, the Court respectfully requests the Clerk of Court strike Dkt. No. 11 from the docket.

SO ORDERED.

Dated:   New York, New York
         May 6, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge